UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 MAR 26 PM 12:15

CLERK
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | 2:15cr38-1 |
| ANTHONY "KAPONE" SMITH | ) | |

INDICTMENT

COUNT 1

In or about June, 2014, in the District of Vermont and elsewhere, the defendant, ANTHONY "KAPONE" SMITH, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, J1, a female known to the Grand Jury who had not attained the age of 18 years, having had a reasonable opportunity to observe J1, knowing that she would be caused to engage in a commercial sex act.

(18 U.S.C. §§ 1591(a)(1), (b), (c))

## COUNT 2

In or about June, 2014, in the District of Vermont and elsewhere, the defendant, ANTHONY "KAPONE" SMITH, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, J2, a female known to the Grand Jury who had not attained the age of 18 years, having had a reasonable opportunity to observe J2, knowing that she would be caused to engage in a commercial sex act.

(18 U.S.C. §§ 1591(a)(1), (b), (c))

A TRUE BILL

FOREPERSON

*E. Cowles (WBP)*
EUGENIA A.P. COWLES (WBD)
Acting United States Attorney
Burlington, Vermont
March 26, 2015