UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No.  2:15-CR-38 |
| ) | |
| ANTHONY "KAPONE" SMITH ) | |

ORDER

This matter having been presented to the Court by the Government, and the Court having considered the motion and with good cause shown, it is hereby

ORDERED, that the Indictment and the Arrest Warrant in the above-captioned case be unsealed because the defendant is in custody and sealing is no longer necessary.

Dated at Burlington, in the District of Vermont, this 30th day of October, 2015.

/s/ William K. Sessions III
William K. Sessions III
United States District Court Judge