UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
11-26-18
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Docket No. 2:15-cr-00038

ANTHONY "KAPONE" SMITH,
Defendant.

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1

In or about June 2014, in the District of Vermont and elsewhere, ANTHONY SMITH traveled in interstate commerce from the State of New York to the State of Vermont, with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment or carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of Vermont, including 13 V.S.A. § 2637(a)(2), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(18 U.S.C. § 1952(a)(3))

## COUNT 2

Between in or about November and December 2014, in the District of Vermont and elsewhere, ANTHONY SMITH traveled in interstate commerce from the State of New York to the State of Vermont, with the intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment or carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of Vermont, including 13 V.S.A. § 2637(a)(2), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(18 U.S.C. § 1952(a)(3))

*Christine E. Nolan*
CHRISTINA E. NOLAN (by ACG)
United States Attorney
Burlington, Vermont
November 26, 2018